IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

April 15, 2008

Charles R. Fulbruge III
Clerk

No. 07-50738
Conference Calendar

UNITED STATES OF AMERICA

Plaintiff-Appellee

v.

JERRY LEE BUSTOS

Defendant-Appellant

Appeal from the United States District Court
for the Western District of Texas
USDC No. 6:90-CR-127-ALL

Before PRADO, OWEN, and SOUTHWICK, Circuit Judges.

PER CURIAM:[*]

Jerry Lee Bustos, federal prisoner # 52886-080, appeals the denial of a motion he filed in the district court for review of his sentence pursuant to 18 U.S.C. § 3742. In 1991, Bustos was sentenced to 30 years of imprisonment for being a felon in possession of a firearm.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

We AFFIRM the judgment of the district court on the grounds that the court lacked any jurisdictional basis to consider the "meaningless, unauthorized motion." United States v. Early, 27 F.3d 140, 142 (5th Cir. 1994).